IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MONICA HICKMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 17-cv-2299-SHM-tmp |
| | )   No. 17-cv-2734-SHM-tmp |
| OXFORD IMMUNOTEC GLOBAL PLC, | ) |
| | ) |
|     Defendant. | ) |

**REPORT AND RECOMMENDATION**

Before this court[1] is defendant Oxford Immunotec Global PLC's ("Oxford") motion to dismiss, or in the alternative, for a more definite statement, filed on December 12, 2017. (Action 2, No. 17-cv-2734-SHM-tmp, ECF No. 9.) Oxford requests that the court dismiss *pro se* plaintiff Monica Hickman's complaint for failing to comply with Federal Rule of Civil Procedure 8 and 12. (Id.) Hickman filed a response and motion to amend on January 31, 2018, in which she moves that the court allow her to amend her complaint so that she may bring it into compliance with the requirements of the Federal Rules of Civil Procedure. (Action 2, ECF Nos. 12, 13.) On February 22, 2018, the undersigned granted Hickman leave to file an amended complaint.

---

[1]Pursuant to Administrative Order 2013-05 (Apr. 29, 2013), this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

As the amended complaint will supersede the original complaint, the undersigned recommends that the court deny Oxford's pending motion as moot and without prejudice. See Greenwood v. City of Memphis, No. 14-2442-JDT-TMP, 2014 WL 4966324, at *2 (W.D. Tenn. Oct. 2, 2014) (citing B & H Med., L.L.C. v. ABP Admin., Inc., 526 F.3d 257, 267 n. 8 (6th Cir. 2008)) (other citations omitted). If appropriate, Oxford may renew its motion after Hickman files her amended complaint.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

February 22, 2018
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**